UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **ROBERT PAUL TAYLOR** | **CIVIL ACTION NO. 21-3295** |
| **VS.** | **SECTION P** |
| | **JUDGE TERRY A. DOUGHTY** |
| **BAYOU CORRECTIONAL CENTER, LLC, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 11] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the following claims are **DISMISSED** as frivolous and for failing to state claims on which relief may be granted:

(1) Plaintiff's retaliation claims;

(2) Plaintiff's failure-to-train, failure-to-supervise, failure-to-classify, and understaffing claims;

(3) Plaintiff's Section 1983 medical care claims—with the exception of the claim against Whitney, Sullivan, Bonney, Coleman, Batiste, and Baldwin that they failed to render care after observing him "in the fourway cell when [he] was unresponsive[,] semi-conscious[, and] suffering from [a] serious medical condition";

(4) Plaintiff's conspiracy claims;

(5) Plaintiff's claims concerning the failure to investigate, and respond to, his administrative procedure letters and requests;

(6) Plaintiff's claims against BCC, the City, and Sheriff Byrd—with the exception of any state law vicarious liability claims;

(7) Plaintiff's claims against Defendants Gayle, Burr, Johnson, and Washington;

(8) Plaintiff's claims on behalf of another prisoner;

(9) Plaintiff's claims against Sheriff Cox;

(10) Plaintiff's contractual claims; and

(11) Plaintiff's claims against the Louisiana Sheriffs' Association.

MONROE, LOUISIANA, this 27th day of December 2021.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE