**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **ROBERT PAUL TAYLOR** | **CIVIL ACTION NO. 21-3295** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE TERRY A. DOUGHTY** |
| **BAYOU CORRECTIONAL CENTER, LLC, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 52] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Motion for Judgment on the Pleadings [Doc. No. 49] is **DENIED**.

MONROE, LOUISIANA, this 6th day of June 2022.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE